UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 11-3590-Torres

UNITED STATES OF AMERICA

vs.

ANTONIO RAUL AMEN

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY:   ___S/ Adam McMichael_____
Adam C. McMichael
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.0772321
99 N. E. 4th Street
Miami, Florida   33132-2111
TEL (305) 961-9190
FAX (305) 536-4699
Adam.McMichael@usdoj.gov

## United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

v.

ANTONIO RAUL AMEN

CRIMINAL COMPLAINT

CASE NUMBER: 11-3590-James

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about November 11, 2011, at the Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant did knowingly possess and use or attempt to use, a visa that was obtained by means of false statements, knowing that visa to have been obtained by means of a false statement; in violation of Title 18, United States Code, Section 1546(a).

I further state that I am a Special Agent with the Diplomatic Security Service, United States Department of State and that this complaint is based on the following facts:

On or about November 11, 2011, at approximately 7:00 a.m., the defendant, Antonio Raul Amen, arrived at Miami International Airport aboard American Airlines Flight #908 from Buenos Aires, Argentina. The defendant presented a valid Argentinean passport in his name and a United States visa to U.S. Customs and Border Protection (CBP) for examination and entry into the United States as a visitor. During secondary inspection, CBP Officers discovered that Amen had a prior overstay in the United States for approximately six years and six months between 2000 and 2007. Based upon this information, CBP Officers notified Diplomatic Security Service (DSS). A DSS Special Agent reviewed Amen's application for the United States visa which was obtained in Argentina in 2010. DSS SA discovered that Amen did not disclose his prior overstay in his application. During a post-Miranda interview with DSS and Homeland Security Investigations Special Agents, Amen admitted he was aware of the fact that he overstayed in the United States illegally until July 2007. Additionally, he stated that he knowingly provided false information on his application for a United States visa by failing to disclose his prior illegal presence in the United States because he believed his visa application would not be approved if he answered truthfully.

JOHN WHARTON, SPECIAL AGENT
DIPLOMATIC SECURITY SERVICE,
U.S. DEPARTMENT OF STATE

Sworn to before me, and subscribed in my presence,

November 11, 2011    at    Miami, Florida
Date                        City and State

EDWIN TORRES
UNITED STATES MAGISTRATE JUDGE

Name and Title of Judicial Officer          Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

## BOND RECOMMENDATION

DEFENDANT: Antonio Raul Amen

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: Adam McMichael

Last Known Address: Buenos Aires, Argentina

What Facility: FDC Miami

Agent(s): John Wharton
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)
DIPLOMATIC SECURITY SERVICE
U.S. DEPARTMENT OF STATE