CF D.C.
ELECTRONIC
Nov 17, 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 11-20804-CR-ALTONAGA/SIMONTON

18 U.S.C. § 1546(a)

UNITED STATES OF AMERICA

vs.

ANTONIO RAUL AMEN,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

On or about November 11, 2011, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ANTONIO RAUL AMEN,**

did knowingly possess, use, and attempt to use a document prescribed by statute and regulation for entry into the United States, that is, a United States visa, which the defendant knew was procured by means of a false claim and false statement, and to have been otherwise procured by fraud, and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL

FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
JOHN P. GONSOULIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ANTONIO RAUL AMEN,

    Defendant.
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

- _x_ Miami
- ___ FTL
- ___ Key West
- ___ WPB
- ___ FTP

New Defendant(s)   Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    Yes
   List language and/or dialect    Spanish

4. This case will take __2-3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

  (Check only one)                   (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | _x_ | Petty | ___ |
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | _x_ |
| V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)    No
If yes:
Judge: _____ Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No)    Yes
If yes:
Magistrate Case No.    11-mj-3590-FGT
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of    11/11/11
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes _x_ No

_____
JOHN P. GONSOULIN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501289

*Penalty Sheet(s) attached                                                                                                 REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ANTONIO RAUL AMEN

**Case No:**

Count #:1

Fraud and Misuse of Visas, Permits, and Other Documents

Title 18, United States Code, Section 1546(a)

**\*Max. Penalty:** 10 Years' Imprisonment

Count #:


**\*Max. Penalty:**

Count #:


**\*Max. Penalty:**

Count #:


**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**