# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO.  11-20804-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.

**ANTONIO RAUL AMEN**,

      Defendant.

_____/

## ORDER SETTING TRIAL DATE

THE ABOVE CAUSE is hereby set for **Criminal Jury Trial** before the Honorable Cecilia M. Altonaga, United States District Judge, at 400 North Miami Avenue, Courtroom 12-2, Miami, Florida, during the two-week period commencing **January 9, 2012**, or as soon thereafter as the case may be called.  A **Calendar Call** will be held at **9:00 a.m. on Tuesday, January 3, 2012** at the same location.  It is further **ORDERED** as follows:

1.     All requests for Writs Ad Testificandum must be filed not later than 14 business days prior to the first day of the scheduled trial period.

2. All responses pursuant to the Standing Discovery Order and/or Local Rule 88.10 shall be  provided in a timely fashion in accordance with the dates scheduled by the Magistrate Judge.  Noncompliance may result in sanctions.  Any Fed. R. Evid. 404(b) notice shall include a specific factual basis for the evidence sought to be introduced.

3. **All motions filed shall be accompanied by a written statement certifying that counsel for the moving party has conferred with opposing counsel in a good faith effort to resolve by agreement the subject matter of the motion as required by Local Rule 88.9.**

4.     Counsel shall be prepared to conduct limited *voir dire* following the Court's questioning of the panel.  Counsel shall also submit to the Court at the Calendar Call proposed *voir dire* questions.  Proposed jury instructions, in typed form, including substantive charges and defenses, shall be submitted to the Court prior to Calendar Call, in Word Perfect format, *via* e-mail to altonaga@flsd.uscourts.gov.  Instructions for filing proposed documents may be viewed at http://www.flsd.uscourts.gov.

5.     At **Calendar Call** all counsel shall submit to the Court a typed list of proposed witnesses and/or exhibits to be presented at trial.  All exhibits to be offered into evidence must be pre-labeled in accordance with the proposed exhibit list.  (Government exhibits are to be designated numerically; defense exhibits, alphabetically).

6.     If either party seeks to introduce transcript(s) at the trial, such shall be exchanged with all counsel before the scheduled day of trial.  If a transcript cannot be agreed upon, each party shall be prepared to produce its own version for the trier of fact.

7.     All anticipated Jencks Act[1] material shall be turned over to defense counsel not later than the morning of the first day of trial.  The material shall include a face sheet for defense counsel to sign and date, acknowledging receipt.

8.     Upon receipt of this order, counsel are directed to certify with the Court's courtroom deputy the necessity of an interpreter for the Defendant.  Counsel are further instructed to notify the Court, at least 24 hours prior to any hearings or trial, if an interpreter is required.

---

[1] 18 U.S.C. § 3500

CASE NO. 11-20804-CR-ALTONAGA

9.     Counsel are instructed that arrangements for appropriate clothing for Defendants in custody must be made with the Bureau of Prisons at least **seven (7) days** prior to the scheduled trial date.

10.    **Counsel are advised to comply with Local Rule 88.5, requiring the filing of speedy trial reports every 20 days hereafter until the time of trial or plea.**

11.    **COUNSEL ARE REMINDED THAT PURSUANT TO THE CM/ECF ADMINISTRATIVE PROCEDURES, PROPOSED ORDERS SHALL BE SUBMITTED TO THE COURT BY E-MAIL IN WORDPERFECT OR WORD FORMAT AT** altonaga@flsd.uscourts.gov.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of November, 2011.

_Cecilia M. Altonaga_
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record